IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM P. CREASMAN, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY SITUATED                           PLAINTIFF

VS.                          CASE NO. 4:10CV00392 JMM

DISH NETWORK LCC, A COLORADO
LIMITED LIABILITY COMPANY, ET AL.                               DEFENDANTS

## ORDER

Plaintiff's Motion for Admission *Pro Hac Vice* of Olimpio Lee Squitieri as his counsel is granted (#2). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Olimpio Lee Squitieri is hereby permitted to appear before this Court as counsel for plaintiff. Randy Coleman remains as local counsel for plaintiff.

IT IS SO ORDERED this   15   day of June, 2010.

James M. Moody
United States District Judge