IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM P. CREASMAN, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY SITUATED                              PLAINTIFF

VS.                      CASE NO. 4:10CV00392 JMM

DISH NETWORK LCC, A COLORADO
LIMITED LIABILITY COMPANY, ET AL.                                  DEFENDANTS

### ORDER

Defendants's Motion for Admission *Pro Hac Vice* of Zuzana S. Ikels as counsel is granted (#32). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Zuzana S. Ikels is hereby permitted to appear before this Court as counsel for defendants.

IT IS SO ORDERED this __7__ day of January, 2011.

_____
James M. Moody
United States District Judge