IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM P. CREASMAN, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY SITUATED                                    PLAINTIFF

VS.                              CASE NO. 4:10CV00392 JMM

DISH NETWORK LCC, A COLORADO
LIMITED LIABILITY COMPANY, ET AL.                                        DEFENDANTS

# ORDER

Plaintiff's Motion for Admission *Pro Hac Vice* of Garry T. Stevens, Jr., as counsel is granted (#35). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Garry T. Stevens, Jr. is hereby permitted to appear before this Court as counsel for Plaintiff.

IT IS SO ORDERED this   7   day of March, 2011.

James M. Moody
United States District Judge