IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM P. CREASMAN, ON BEHALF
OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED                                                         PLAINTIFF

V.                                    CASE NO.  4:10CV00392 JMM

DISH NETWORK, L.L.C., A COLORADO
LIMITED LIABILITY CO., ET AL.                                                     DEFENDANTS

## ORDER

The Parties Stipulation for Extension of Deadlines to Conduct Class Certification Discovery and File Class Certifications Papers is adopted by this Court as its own (#38).

The Final Scheduling Order shall remain unchanged and in effect insofar as all merits-related deadlines are concerned.

The Class action-related deadlines are amended as follows:

**a**.  The March 15, 2011 deadline for completing discovery regarding class certification is extended to April 22, 2011;

**b**.  The March 30, 2011 deadline for filing motion for class certification is extended to May 6, 2011;

**c**. The deadline for filing a response to the motion for class certification is extended to June 6, 2011; and

**d**.  The deadline for filing a reply to the response to the motion for class certification is extended to June 22, 2011.

IT IS SO ORDERED THIS   17   day of    March   , 2011.


                                                                James M. Moody
                                                                United States District Judge