IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM P. CREASMAN, ON BEHALF
OF HIMSELF AND ALL OTHERS SIMILARLY
SITUATED                                                                                                  PLAINTIFF

V.                                       CASE NO.  4:10CV00392 JMM

DISH NETWORK, L.L.C., A COLORADO
LIMITED LIABILITY COMPANY, DISH DBS CORPORATION
AND DISH NETWORK
CORPORATION                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on March 28, 2011, t is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this  29   day of March, 2011.

_____
James M. Moody
United States District Judge